101 A.3d 1078

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. EUGENE C. BAUM (A/K/A EUGENE C. BAUM,
JR.), DEFENDANT–PETITIONER.

July 3, 2014.

It is ORDERED that the petition for certification is granted limited to the issue of whether the jury instruction on mental disease or defect effectively negated the diminished capacity defense by blending the law on self-induced intoxication and mental disease or defect.

101 A.3d 1078

PETER INNES AND VICTORIA SOLENNE INNES, BY HER GUARDIAN PETER INNES, PLAINTIFFS–RESPONDENTS, v. MADELINE MARZANO–LESNEVICH, ESQ., AND LESNEVICH & MARZANO–LESNEVICH, ATTORNEYS AT LAW, DEFENDANTS–PETITIONERS, v. MITCHELL A. LIEBOWITZ, ESQ., AND PETER VAN AULEN, ESQ., THIRD–PARTY DEFENDANTS–RESPONDENTS, AND MARIA JOSE CARRASCOSA, THIRD–PARTY DEFENDANT.

October 9, 2014.

ORDERED that the petition for certification is granted limited to the issue of whether the attorney-defendants can be liable for attorneys' fees as consequential damages to a non-client under *Saffer v. Willoughby*, 143 *N.J.* 256, 670 *A.*2d 527 (1996).